PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS A. FLORES-DOMINGUEZ,<br><br>　　　　Defendant. | 2:24-po-00037-AC<br><br>[~~Proposed~~] ORDER TO DISMISS AND VACATE BENCH TRIAL<br><br>DATE:　June 10, 2024<br>TIME:　9:00 a.m.<br>JUDGE: Honorable Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:24-po-00037-AC is GRANTED.

It is further ordered that the bench trial scheduled on June 10, 2024, is vacated.

IT IS SO ORDERED.

Dated: March 15, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE BENCH TRIAL　　　　　　　　1　　　　U.S. v. JESUS A. FLORES-DOMINGUEZ